# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-07459 DDP (SSx) | Date | September 28, 2015 |
| Title | STEVE HULBERT et al. v. ANTHONY HITCHENS et al. | | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:

### MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that the document entitled MOTION TO REMAND, filed on September 25, 2015, docket number 6 was filed incorrectly FOR THE REASON(S) AS SET FORTH IN THE NOTICE TO FILER OF DEFICIENCIES (DOCKET NUMBER 7) and therefore ordered STRICKEN from the docket.

| | : | N / A |
|---|---|---|
| | Initials of Preparer | JAC |